

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2014

No. 04-13-00891-CR

Donald F. **HUFF**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2990
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due June 9, 2014. No further extensions of time will be granted.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court